UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.      Case No. 8:98-CR-325-T-24TBM

TERRY STUDEY,

    Defendant,

and

YOUNG TRUCK TRAILER, INC.,

    Garnishee.

**FINAL ORDER IN GARNISHMENT**

THIS CAUSE came on for consideration upon the United States of America's Motion for Entry of Final Order in Garnishment pursuant to 28 U.S.C. § 3205(c)(7), against the nonexempt disposable earnings of defendant Terry Studey. The Court, having considered the Application for Writ of Continuing Garnishment, Garnishee Young Truck Trailer, Inc.'s Answer, and the instant Motion for Entry of Final Order in Garnishment, and noting that defendant has not claimed any exemptions with respect to this garnishment, has not filed any objection to Garnishee's Answer, and has not requested a hearing with respect to this garnishment, finds that the entry of a final order in garnishment is in all respects proper.

Accordingly, it is

ORDERED, ADJUDGED, AND DECREED that the United States of America's Motion for Entry of Final Order in Garnishment is **granted**. It is further

ORDERED, ADJUDGED, AND DECREED that Garnishee Young Truck Trailer, Inc., shall pay to the United States, twice-monthly, on the 1st and 15th of each month, the appropriate statutory amount of defendant's nonexempt disposable earnings. It is further

ORDERED, ADJUDGED, AND DECREED that Garnishee shall continue to make bi-weekly payments to the United States pursuant to this Order until such time as the instant garnishment is terminated by court order, by exhaustion of defendant's nonexempt disposable earnings in Garnishee's custody, control, or possession, or by satisfaction of the judgment debt. It is further

ORDERED, ADJUDGED, AND DECREED that all monies previously withheld by Garnishee from defendant's nonexempt disposable earnings in accordance with the Writ of Continuing Garnishment shall be paid forthwith to the United States. It is further

ORDERED, ADJUDGED, AND DECREED that all payments made to the United States pursuant to this Order shall bear the notation "Terry Studey, Case No.

8:98-CR-325-T-24TBM," be made payable to "Clerk, United States District Court," and be sent to:

>Clerk, United States District Court
>ATTN: DCU
>401 West Central Boulevard, Suite 1200
>Orlando, Florida 32801.

DONE and ORDERED at Tampa, Florida, on January 13, 2012

SUSAN C. BUCKLEW
United States District Judge

3